898 F.2d 145
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Damon DUKES, Plaintiff-Appellant,
v.
The Honorable Judge Edward NORTHROP, United States Court for
the District of Maryland; The Honorable Leonard S.
Jacobson, Judge Circuit Court for Baltimore County; The
Bethlehem Steel Corporation; United Steel Workers of
America Local 2609; Warren Rollman, Defendants-Appellees.
Damon DUKES, Plaintiff-Appellant,
v.
The Honorable Judge Edward NORTHROP, United States Court for
the District of Maryland, Defendant-Appellee,
and
The Honorable Leonard S. Jacobson, Judge Circuit Court for
Baltimore County; The Bethlehem Steel
Corporation; United Steel Workers of
America Local 2609; Warren
Rollman, Defendants.
Damon DUKES, Plaintiff-Appellant,
v.
The Honorable Judge Leonard S. JACOBSON, Judge Circuit Court
for Baltimore County, Defendant-Appellee,
and
The Honorable Edward Northrop United States District Court
for the District of Maryland; The Bethlehem Steel
Corporation; United Steel Workers of
America Local 2609; Warren
Rollman, Defendants.
Damon DUKES, Plaintiff-Appellant,
v.
UNITED STEEL WORKERS OF AMERICA LOCAL 2609, Defendant-Appellee,
and
The Honorable Edward Northrop United States District Court
for the District of Maryland; The Honorable Judge Leonard
S. Jacobson, Judge Circuit Court for Baltimore County; The
Bethlehem Steel Corporation; Warren Rollman, Defendants.
Damon DUKES, Plaintiff-Appellant,
v.
The BETHLEHEM STEEL CORPORATION, Defendant-Appellee,
and
The Honorable Edward Northrop United States District Court
for the District of Maryland; The Honorable Judge Leonard
S. Jacobson, Judge Circuit Court for Baltimore County; The
United Steel Workers of America Local 2609; Warren Rollman,
Defendants.
Damon DUKES, Plaintiff-Appellant,
v.
MARYLAND BOARD OF PHYSICIAN QUALITY ASSURANCE, Defendant-Appellee.
 89-1810, 89-1824 to 89-1827 and 89-1853.
 United States Court of Appeals, Fourth Circuit.
 Feb. 15, 1990.
Rehearing and Rehearing In Banc Denied March 21, 1990.
 
 Appeals from the United States District Court for the District of Maryland, at Baltimore. Walter E. Black, Jr., District Judge. (C/A No. 88-2701-B)
 Damon Dukes, appellant pro se.
 D.Md.
 AFFIRMED.
 Before K.K. HALL and WILKINS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Damon Dukes appeals from the district court's orders denying relief under 42 U.S.C. Secs. 1983 and 1985 and denying as moot his post-judgment requests for the production of documents. Our review of the record and the district court's opinion and orders discloses that these appeals are without merit. Accordingly, we affirm on the reasoning of the district court. Dukes v. Northrop, C/A No. 88-2701-B (D.Md. Aug. 30, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.